FILED
23 MAR -9 PM 3:50
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ___ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

JOEL KAISER, PLAINTIFF, § § § V. § CAUSE NO. 1:22-CV-01217-LY § COSTAR GROUP, INC., § DEFENDANT. §

**FINAL JUDGMENT**

Before the court is the above entitled cause of action. On this date, the court rendered an order dismissing the case without prejudice. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that Defendant CoStar Realty Information, Inc.[1] is awarded costs.

**IT IS FINALLY ORDERED** that the case is **CLOSED**.

SIGNED this 9th day of March, 2023.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE

[1] CoStar asserts that CoStar Group, Inc. has been incorrectly sued, and Plaintiff Joel Kaiser was actually employed by CoStar Realty Information, Inc., a wholly-owned subsidiary of CoStar Group, Inc.